IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:88-cr-01026-MP

KENNIE RODRIGUEZ,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 3463, Motion to Amend Previous Rule 35 Order, filed by Kennie Rodriguez.  As part of Mr. Rodriguez' sentence in this case, the Court imposed a $14,000,000 fine.  Mr. Rodriguez moves to remove this element of his sentence and alleges that he has not present or likely future ability to repay such a fine.  A telephonic hearing was held on June 14, 2007, during which the government indicated that no evidence exists that Mr. Rodriguez has any non-disclosed assets.  The motion is granted, and the previous Rule 35 order is amended to remove the $14,000,000 fine from Mr. Rodriguez' sentence.

    **DONE AND ORDERED** this _10th_ day of July, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge