IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                    CASE NO. 1:88-cr-01026-MP

KENNIE RODRIGUEZ,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 3488, Second Motion to Amend Previous Rule 35 Order by Kennie Rodriguez. Previously, in doc. 3474, the Court removed a $14,000,000 fine from Mr. Rodriguez' sentence. Mr. Rodriguez now moves to amend that because the government informed his counsel that the amount should actually have been $14,250,000. The motion is granted, and the previous Rule 35 order is amended to remove the $14,250,000 fine from Mr. Rodriguez' sentence. All other portions of the Judgment and Sentence shall remain the same.

    **DONE AND ORDERED** this _25th_ day of June, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge